**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
   E-Mail: Alex.Graft@lewisbrisbois.com
JESSICA BEELER SB# 268939
   E-Mail: Jessica.Beeler@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0882

*Attorneys for SHARI ODINS and BILLING
SPECIALISTS OF NC LLC (sued erroneously
herein as The Billing Specialists)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATIE HOWSER,<br><br>              Plaintiff,<br><br>     vs.<br><br>LACTATION PRACTICE, LLC, a corporation, RENEE L. BEEBE, MELISSA L. MORGAN, SHARI ODINS, THE BILLING SPECIALISTS, a business organization, and DOE DEFENDANTS 1-10;<br><br>              Defendants.<br><br>───────────────<br><br>RENEE L. BEEBE, MELISSA L. MORGAN and LACTATION PRACTICE, LLC,<br><br>              Third Party Plaintiffs,<br><br>     vs.<br><br>SHARI ODINS; THE BILLING SPECIALISTS OF NC LLC, and ROES 1-10,,<br><br>              Third Party Defendants. | Case No. 3:26-cv-03031-CRB (Charles R. Breyer)<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY COMPLAINT** : ORDER |

        DEFENDANTS/THIRD-PARTY PLAINTIFFS RENEE L. BEEBE, MELISSA L.

MORGAN and LACTATION PRACTICE, LLC (collectively "Third-Party Plaintiffs") filed their

Third-Party Complaint against DEFENDANTS/THIRD-PARTY -DEFENDANTS SHARI ODINS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

AND BILLING SPECIALISTS OF NC LLC (collectively, "Third-Party Defendants") on June 1, 2026.  [ECF No. 20].  Third-Party Defendants have requested and Third-Party Plaintiffs have stipulated to an extension of time of Third-Party Defendants' deadline to answer or otherwise respond to the Third-Party Complaint.  This is the first request to extend the subject deadline.

1.    Whereas, the parties are in the process of discussing options for potential early resolution.

2.    Whereas, good cause exists to grant the requested extension. The stipulating Parties have stipulated to the extension, and no party will be prejudiced by the brief delay.  The stipulating Parties are unaware of any current Court deadlines that will be affected by their stipulation herein.

3.    Whereas, this stipulation is submitted in good faith and not for purposes of improper delay.

NOW, THEREFORE, Third-Party Plaintiffs and Third-Party Defendants hereby stipulate as follows:

Third-Party Defendants' deadline to answer or otherwise respond to the Third-Party Complaint shall be extended to and including July 13, 2026.

DATED:  June 22, 2026                LIVINGSTON LAW FIRM


By:    _____/s/   *Amy E. Blair*_____
        Amy E. Blair
        *Attorneys for Defendants/Third-Party Plaintiffs*


DATED:  June 22, 2026                LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    ____*/s/ Jessica Beeler*_____
        Alex A. Graft
        Jessica L. Beeler
        *Attorneys for Defendants/Third-Party Defendants*
        *SHARI ODINS and BILLING SPECIALISTS OF NC*
        *LLC (sued erroneously herein as The Billing*
        *Specialists)*

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## ORDER

Based on the above stipulation, and good cause appearing, the time for Third-Party Defendants to respond to the Third-Party Complaint is extended to and including July 13, 2026.

**IT IS SO ORDERED.**

Date:  June 22, 2026



_____
UNITED STATES DISTRICT JUDGE
_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW