**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
E-Mail: Alex.Graft@lewisbrisbois.com
JESSICA BEELER SB# 268939
E-Mail: Jessica.Beeler@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

*Attorneys for SHARI ODINS and BILLING SPECIALISTS OF NC LLC (sued erroneously herein as The Billing Specialists)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATIE HOWSER,<br><br>Plaintiff,<br><br>vs.<br><br>LACTATION PRACTICE, LLC, a corporation, RENEE L. BEEBE, MELISSA L. MORGAN, SHARI ODINS, THE BILLING SPECIALISTS, a business organization, and DOE DEFENDANTS 1-10;<br><br>Defendants.<br><br>RENEE L. BEEBE, MELISSA L. MORGAN and LACTATION PRACTICE, LLC,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>SHARI ODINS; THE BILLING SPECIALISTS OF NC LLC, and ROES 1-10,,<br><br>Third Party Defendants. | Case No. 3:26-cv-03031-CRB (Charles R. Breyer)<br><br>**STIPULATION TO STAY DISCOVERY, RESPONSIVE PLEADINGS, AND MOTIONS; [~~Proposed~~] ORDER** |

PLAINTIFF KATIE HOWSER, DEFENDANTS/THIRD-PARTY PLAINTIFFS RENEE L. BEEBE, MELISSA L. MORGAN and LACTATION PRACTICE, LLC (collectively "Third-Party Plaintiffs"), and DEFENDANTS/THIRD-PARTY DEFENDANTS SHARI ODINS AND



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

BILLING SPECIALISTS OF NC LLC (collectively, "Third-Party Defendants"), through their respective counsel, stipulate as follows:

1. Whereas, there are pending motions set for hearing in this matter on July 24, 2026: Third-Party Defendants' Motion to Dismiss and a Motion to Strike [ECF Nos. 7 and 8]; and Third-Party Plaintiffs' Motion to Dismiss under 12(b)(3) or in the alternative a Motion to Transfer Venue and Forum [ECF No. 21].
2. Whereas, the current deadline for Third-Party Defendants to respond to the Third-Party Complaint of Third-Party Plaintiffs is July 13, 2026.
3. Whereas, the Parties are in the process of discussing options for potential early resolution.
4. Whereas, no initial conference has yet been scheduled.
5. Whereas, the Parties wish to participate in a settlement conference with a court-appointed magistrate judge. No settlement conference judge has yet been appointed for this purpose.
6. Whereas, the Parties request an estimated six-month period formal stay of all pending motions, responsive pleadings, initial disclosures, and discovery, to allow the parties time for informal exchange of relevant documents and an opportunity to resolve the litigation during a settlement conference with a selected magistrate judge.
7. Whereas, to allow the Parties to proceed with settlement discussions to resolve the disputes between the Parties without the financial burden of litigation, a stay is economically appropriate for the Parties and also as a means of conserving judicial resources.
8. Whereas, the Parties believe this effort will significantly increase the likelihood they will be able to fully and finally resolve all of the outstanding litigation between them.
9. Whereas, there is no trial date or discovery deadline that will be affected by the proposed stay.
10. Whereas, this stipulation is submitted in good faith and not for purposes of improper delay.

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. The hearing dates on all pending motions are hereby vacated and rescheduled for a date following the parties' participation in a settlement conference.

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

2. All responsive pleadings, motion practice, and discovery, including initial disclosures, in the action, shall be stayed until further order of the Court while the parties attempt to resolve this matter at a settlement conferencewith a Court-appointed magistrate.

3 The Parties shall file a Status Report Regarding Settlement Conference within four months from the date below, and every four months thereafter, until a settlement conference is completed.

DATED: July 8, 2026

SIDRAN LAW CORP

By: /s/ *Christine Lee Crouther*
Christine Lee Crouther
*Attorneys Plaintiff*

DATED: July 8, 2026

LIVINGSTON LAW FIRM

By: /s/ *Amy E. Blair*
Amy E. Blair
*Attorneys for Defendants/Third-Party Plaintiffs*

DATED: July 9, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Jessica Beeler*
Alex A. Graft
Jessica L. Beeler

**ORDER**

Based on the above stipulation, and good cause appearing,

1. The hearing dates on all pending motions are hereby vacated and rescheduled for a date following the parties' participation in a settlement conference;
2. All discovery, responsive pleadings, and motion practice in the action shall be stayed

until further order of the Court while the parties attempt to resolve this matter at a settlement conference with a Court-appointed magistrate;

3. The Parties shall file a Status Report Regarding Settlement Conference within four months from the date below, and every four months thereafter, until a settlement conference is completed.

**IT IS SO ORDERED.**

Date: July 21, 2026




RICT JUDGE