**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
E-Mail: Alex.Graft@lewisbrisbois.com
JESSICA BEELER SB# 268939
E-Mail: Jessica.Beeler@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

*Attorneys for SHARI ODINS and BILLING SPECIALISTS OF NC LLC (sued erroneously herein as The Billing Specialists)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATIE HOWSER,<br><br>Plaintiff,<br><br>vs.<br><br>LACTATION PRACTICE, LLC, a corporation, RENEE L. BEEBE, MELISSA L. MORGAN, SHARI ODINS, THE BILLING SPECIALISTS, a business organization, and DOE DEFENDANTS 1-10;<br><br>Defendants. | Case No. 3:26-cv-03031-CRB (Charles R. Breyer)<br><br>**STIPULATION FOR APPOINTMENT OF SETTLEMENT CONFERENCE MAGISTRATE JUDGE; ~~[Proposed]~~ ORDER** |
| RENEE L. BEEBE, MELISSA L. MORGAN and LACTATION PRACTICE, LLC,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>SHARI ODINS; THE BILLING SPECIALISTS OF NC LLC, and ROES 1-10,,<br><br>Third Party Defendants. | |

PLAINTIFF KATIE HOWSER, DEFENDANTS/THIRD-PARTY PLAINTIFFS RENEE L. BEEBE, MELISSA L. MORGAN and LACTATION PRACTICE, LLC (collectively "Third-Party Plaintiffs"), and DEFENDANTS/THIRD-PARTY DEFENDANTS SHARI ODINS AND

BILLING SPECIALISTS OF NC LLC (collectively, "Third-Party Defendants"), through their respective counsel, stipulate as follows:

1. Whereas, the Court has ordered the parties to submit a stipulation and proposed order selecting a Magistrate Judge to conduct a settlement conference in this matter. [ECF No. 33.]
2. Whereas, the parties agree to the appointment of Magistrate Sallie Kim to conduct a settlement conference.

NOW, THEREFORE, the Parties hereby stipulate as follows:

This matter shall be referred to Magistrate Judge Sallie Kim for the scheduling of a settlement conference.

DATED: October 9, 2026

SIDRAN LAW CORP

By: */s/ David Sidran*
David Sidran
*Attorneys Plaintiff*

DATED: October 9, 2026

LIVINGSTON LAW FIRM

By: /s/ *Amy E. Blair*
Amy E. Blair
*Attorneys for Defendants/Third-Party Plaintiffs*

DATED: October 9, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Jessica Beeler*
Alex A. Graft
Jessica L. Beeler

/ / /

/ / /

**ORDER**

Based on the above stipulation, and good cause appearing,

This matter shall be referred to Magistrate Judge Sallie Kim for the scheduling of a settlement conference.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026